UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN

_____

Write the full name of each plaintiff.

-against-

SUNDAR PICHAI

ANAT ASHKENAZI

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

26 CV CV 3069

(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☑ No

2026 APR 14  PM 12: 01
RECEIVED SDNY PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

50 U.S.C. 1809 AND 50 U.S.C. 1810 (a)(1)

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of _____
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, SUNDAR PICHAI AND ANAT ASHKENAZI , is incorporated under the laws of

the State of CALIFORNIA   NORTHERN   DISTRICT

and has its principal place of business in the State of MOUNTAINVIEW   CALIFORNIA

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in MOUNTAINVIEW CALIFORNIA .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

JERMAINE        NATHANIEL (ROSN)        GLINN
First Name              Middle Initial        Last Name

442 EAST 176 STREET APT 21 BRONX NEW YORK 10457
Street Address

BRONX                         NEW YORK              10457
County, City                         State                    Zip Code

213. 5955126                         _____
Telephone Number                         Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     SUNDAR                     PICHAI

First Name                          Last Name

CHIEF  EXECUTIVE  OFFICER

Current Job Title (or other identifying information)

GOOGLE  PLEX  HEADQUARTERS

Current Work Address (or other address where defendant may be served)

MOUNTAIN VIEW    CLOSING  CALIFORNIA

County, City                    State                 Zip Code

Defendant 2:     ANAT                       ASHKENAZI

First Name                          Last Name

CHIEF  FINANCIAL  OFFICER

Current Job Title (or other identifying information)

GOOGLE PLEX  HEADQUARTERS

Current Work Address (or other address where defendant may be served)

MOUNTAIN VIEW    CALIFORNIA

County, City                    State                 Zip Code

Defendant 3:     _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                 Zip Code

Page 4

Defendant 4: _____

    First Name                    Last Name

    _____

    Current Job Title (or other identifying information)

    _____

    Current Work Address (or other address where defendant may be served)

    _____

    County, City               State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: CALIFORNIA. NEW JERSEY. NEW YORK AND THE U.S.A.

Date(s) of occurrence: JULY. 31. 2020 TO JULY. 31. 2024

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

JERMAINE NATHANIEL GLYNN AN AGGRIEVED PERSON HAD BEEN SUBJECTED UNKNOWINGLY TO AN ELECTRONIC SURVEILLANCE AND INFORMATION OBTAINED BY ELECTRONIC SURVEILLANCE OF JERMAINE NATHANIEL GLYNN HAD BEEN DISCLOSED AND USED IN VIOLATION OF 50 U.S.C. 1809 "PROHIBITED USE". AND HAS A CAUSE OF ACTION AGAINST ANY PERSON WHO COMMITTED SUCH VIOLATION AND SHALL BE ENTITLED TO RECOVER AS A UNITED STATES PERSON $1,000. PER DAY FOR EACH DAY OF VIOLATION

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$1000. PER DAY FOR EACH DAY OF VIOLATION FROM JULY.31. 2020 TO JULY.31.2024 =s

ONE MILLION FOUR HUNDRED SIXTY THOUSAND U.S. DOLLARS ($ 1460000.)

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| APRIL. 14. 2026 | 666 |
| Dated | Plaintiff's Signature |
| JERMAINE        NATHANIEL | GLYNN |
| First Name        Middle Initial | Last Name |
| 442 EAST  176 STREET  APARTMENT  21 | |
| Street Address | |
| BRONX | NEW YORK  10457 |
| County, City   JNG | State        Zip Code |
| 213.595.5126 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

>If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

◀  Current                    ◇  ▶

<< Previous   TITLE 50 / CHAPTER 36 / SUBCHAPTER I / § 1810   Next

[Print]    [Print selection]                                    [Close] Help

**50 USC 1810: Civil liability**
Text contains those laws in effect on April 13, 2026

**From Title 50-WAR AND NATIONAL DEFENSE**
    CHAPTER 36-FOREIGN INTELLIGENCE SURVEILLANCE
    SUBCHAPTER I-ELECTRONIC SURVEILLANCE
**Jump To:**
    Source Credit
    Miscellaneous
    Amendments

## §1810. Civil liability

An aggrieved person, other than a foreign power or an agent of a foreign power, as defined in section 1801(a) or (b)(1)(A) of this title, respectively, who has been subjected to an electronic surveillance or about whom information obtained by electronic surveillance of such person has been disclosed or used in violation of section 1809 of this title shall have a cause of action against any person who committed such violation and shall be entitled to recover-

(a) actual damages, but not less than liquidated damages equal to the greater of-

(1) if the aggrieved person is a United States person, $10,000 or $1,000 per day for each day of violation; or

(2) for any other aggrieved person, $1,000 or $100 per day for each day of violation;

(b) punitive damages; and

(c) reasonable attorney's fees and other investigation and litigation costs reasonably incurred.

( Pub. L. 95–511, title I, §110, Oct. 25, 1978, 92 Stat. 1796 ; Pub. L. 118–49, §15(a), Apr. 20, 2024, 138 Stat. 882 .)

### EDITORIAL NOTES

#### AMENDMENTS

**2024**-Subsec. (a). Pub. L. 118–49 amended subsec. (a) generally. Prior to amendment, subsec. (a) read as follows: "actual damages, but not less than liquidated damages of $1,000 or $100 per day for each day of violation, whichever is greater;".